**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WALTER FLORES,

                     Petitioner,

    vs.

PAMELA BONDI,[1] *et al*.,

                Defendants.

Case No.: 2:26-cv-00240-GMN-NJK

**ORDER**

On February 25, 2026, Petitioner filed an unopposed motion to stay his habeas proceedings while related appeals remained pending before the Board of Immigration Appeals and Ninth Circuit Court of Appeals. (*See* Mot. Stay ECF No. 10). The Court granted the motion and ordered Petitioner to file a status report on April 27, 2026, advising the Court of the status of those appeals and whether the stay should continue. (*See* Min. Order, ECF No. 11).

The 60-day stay in this matter has now expired and Petitioner does not move the Court to enter a new stay. In fact, Petitioner informs the Court that although both appeals remain pending, he requests the Court to lift the stay and allow him to proceed with filing an Amended Petition under 28 U.S.C. § 2241. (Status Report 4:10–12, ECF No. 13). He contends that continuing the stay will cause undue delay and further prolong his detention. (*Id.* 3:7–8). Because the stay has expired and the Court finds no reason to issue a new stay, the stay in this case is hereby lifted.

Accordingly,

**IT IS HEREBY ORDERED** that the stay in this case is **LIFTED**.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting U.S. Attorney General Todd Blanche is substituted for the currently named Pamela Bondi, and Secretary of Homeland Security Markwayne Mullin is substituted for the currently named Kristi Noem.

**IT IS FURTHER ORDERED** that Petitioner's Counsel must file an Amended Petition within **7 days of the date of this Order**.  The Federal Public Defender shall effectuate service of the Amended Petition on the Respondents.

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the District of Nevada file and serve their answer to the Amended Petition within **7 days of service** of the counseled Amended Petition, unless additional time is allowed for good cause shown. Petitioner will then have **7 days to file a reply**.

**IT IS FURTHER ORDERED** that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible.  Any motion for extension must certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension.  Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.  The Court is not inclined to look favorably on requests for extensions beyond the first request.

**IT IS FURTHER ORDERED** that the parties must refrain from including—or must partially redact, where inclusion is necessary—personal-data identifiers from all documents filed with the court, unless the court orders otherwise.  The parties are instructed to file documents in compliance with the text and spirit of LR IC 6-1 and Federal Rule of Civil Procedure 5.2(a) by redacting birth dates, fingerprints, A-Numbers, passport numbers, and any other personal-data identifiers or sensitive information where applicable.  **IT IS FURTHER ORDERED** that parties filing a redacted filing must also file an unredacted copy under seal for the Court's records. *See* Fed. R. Civ. P. 5.2(d) ("The court may order that a filing be made under seal without redaction."); *see also* LR IC 6-1(b).

**IT IS FURTHER ORDERED** that in order to maintain jurisdiction and provide a prompt resolution, the Respondents shall not transfer Petitioner out of this District unless the Court grants a motion or stipulation to modify this order.[2]

**DATED** this __28__ day of April, 2026.

_____

Gloria M. Navarro, District Judge
United States District Court

---

[2] *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court may use its "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").