Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nisha Brooks-Whittington
Assistant Federal Public Defender
Illinois State Bar No. 6285817
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nisha_Brooks-Whittington@fd.org


*Attorney for Petitioner Walter Flores

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Walter Flores,

      Petitioner,

      v.

Todd Blanche, *et al.*,

      Respondents.

Case No. 2:26-cv-00240-GMN-NJK

**Stipulation to Extend Time to File Amended Petition (First Request)**

Petitioner Walter Flores and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to May 8, 2026.

This extension is warranted because counsel for Mr. Gonzalez-Amaro, Assistant Federal Public Defender Nisha Brooks-Whittington, needs additional time to complete review of records and finalize the amended petition before filing.

Currently, the amended petition is due on May 5, 2026. This is the first stipulation for an extension of time for the amended petition.

On May 5, 2026, Mr. Brooks-Whittington conferred with counsel for Respondents, Assistant United States Attorney Martin Mayer. AUSA Mayer agreed to this three-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Gonzalez-Amaro to file an amended petition to May 8, 2026, and the response to May 15, 2026.

Respectfully submitted this 5th day of May 2026.

TODD BLANCHE
Acting Attorney General of the
United States

/s/ Martin Mayer
Martin Mayer
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ Nisha Brooks-Whittington
Nisha Brooks-Whittington
Assistant Federal Public Defender

**IT IS SO ORDERED:**

UNITED STATE DISTRICT JUDGE

**DATED:** May 6, 2026

2